UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------------ X
AERONAUTICAL SYSTEMS, INC.               :
                                         :
         Plaintiff,                      :
                                         :
    v.                                   :   Court No. 20-157
                                         :
UNITED STATES,                           :
                                         :
         Defendant.                      :
------------------------------------------------------------------ X
```

## COMPLAINT

1. Plaintiff Aeronautical Systems, Inc. ("Aeronautical Systems") brings this action to contest the denial of its 19 U.S.C. § 1514 protest against the classification, in liquidation, and assessment of duty on an imported aircraft control box.

## JURISDICTION

2. All liquidated duties, taxes, and fees were paid prior to the commencement of this action. The action was timely filed within 180 days from the date of protest denial. This Court has jurisdiction over the action pursuant to 28 U.S.C. § 1581(a).

## PARTIES

3. Plaintiff is a corporation organized and existing under the Laws of Virginia, located in Sterling, Virginia. Plaintiff is an importer of various aeronautical and aerospace parts and machines.

4. Defendant, United States, is the Federal defendant. Its agency United States Customs and Border Protection ("Customs" or "CBP"), a component of Department of Homeland Security ("DHS"), is responsible, inter alia, for the processing of protests filed pursuant to Section 514 of the Tariff Act of 1930, as amended 19 U.S.C. §1514, and has a statutory obligation, pursuant to 19 U.S.C. §1515, to review protests and to allow or deny them in whole or in part.

## STANDING

5. Plaintiff is the importer of record of the merchandise which is the subject of this action, and is the real party in interest.

## STATEMENT OF FACTS

6. The merchandise in question is an aeronautical control box. The control box was manufactured by Hamilton Sundstrand Corporation, located in Rockford, Illinois.

7. The control box was exported to Mikuni Corporation in Japan, without the benefit of drawback, from the Port of JFK, New York on or about August 4, 2018. While abroad in Japan the control box was not advanced in value or condition.

8. The control box was reimported under cover of Entry 9ED-0047012-8 on May 15, 2019. Customs liquidated the control box under subheading 8540.11.5000, HTSUS with a duty of 15% ad valorem.

9. The control box was properly classified under subheading 9801.00.10, HTSUS

## COUNT I

10. Plaintiff repeats and incorporates by reference paragraphs 1 through 9 as though they were fully set forth herein.

11. The subject entries were liquidated under Subheading 8540.11.5000, HTSUS, which provides for:

    Thermionic, cold cathode or photocathode tubes (for example, vacuum or vapor or gas filled tubes, mercury arc rectifying tubes, cathode-ray tubes, television camera tubes); parts thereof: Cathode-ray television picture tubes, including video monitor cathode-ray tubes: Color: Other

12. The subject control box was an American good returned and subject to classification under subheading 9801.00.10 of the Harmonized Tariff Schedule of the United States (HTSUS) which provides for:

    Products of the United States when returned after having been exported, or any other products when returned within 3 years after having been exported, without having been advanced in value or improved in condition by any process of manufacture or other means while abroad

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays that this Court grant judgment in its favor, and request that this Court:

i. direct the United States Customs and Border Protection at the port of entry, or other appropriate Customs officer, to reliquidate the entry subject to this action under subheading 9801.00.10, HTSUS.

ii. order a refund on any excess duties and fees assessed in liquidation, with interest as provided by law; and

iii. provide such other and further relief as this Court may deem just.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
*Counsel for Plaintiff*
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

August 31, 2024