**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE HON. LISA W. WANG, JUDGE**

```
-------------------------------------------------------------------- X
AERONAUTICAL SYSTEMS INC.,                     :
                                               :
        Plaintiff                              :
                                               :
        v.                                     :      Court No. 20-00157
                                               :
UNITED STATES OF AMERICA                       :
                                               :
        Defendant                              :
-------------------------------------------------------------------- X
```

## JOINT STATUS REPORT

Pursuant to this Court's Rule 16 letter of December 3, 2024, *see* ECF 16, Plaintiff, Aeronautical Systems, Inc., ("Aeronautical" or "AES"), and Defendant, United States, submit this joint status report. The Court ordered the parties to meet and file a Joint Status Report and an agreed upon proposed scheduling order no later than January 6, 2025. The parties have conferred and agreed to the attached joint proposed scheduling order. In addition, on November 6, 2024, Plaintiff sent a proposed settlement to the Government. The parties are currently conferring about whether this matter is amenable to resolution without further litigation. The discovery schedule should allow the parties to explore this option.

Respectfully submitted,

| | |
|---|---|
| NEVILLE PETERSON LLP<br>*Counsel for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| /s/ John M. Peterson<br>John M. Peterson<br>Patrick B. Klein<br>One Exchange Plaza<br>55 Broadway, Suite 2602<br>New York, NY 10006<br>(212) 635-2730<br>jpeterson@mpwny.com | PATRICIA M. McCARTHY<br>Director<br><br>By: /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Brandon A. Kennedy<br>BRANDON A. KENNEDY<br>Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, New York l0278<br>Tel.: (212) 264-9237 or 9230<br>*Attorneys for Defendant* |

Dated: January 6, 2025

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: HON. LISA W. WANG, JUDGE

| | |
|---|---|
| AERONAUTICAL SYSTEMS INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : | Court No. 20-00157 |

**JOINT PROPOSED SCHEDULING ORDER**

On consideration of the parties' proposed briefing schedule, it is hereby ordered that –

1. Any motions regarding the pleadings or other preliminary matters will be filed by February 6, 2024.

2. Fact discovery shall be completed by July 7, 2025.

3. Expert reports, if any, shall be due on or before September 8, 2025.

4. Expert rebuttal reports, if any, shall be due on or before November 10, 2025.

5. Depositions of expert witnesses, if any, shall be completed on or before January 12, 2026.

6. Any motions regarding discovery shall be filed 30 days after the close of discovery.

7. Dispositive motions, if any, shall be filed by March 12, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion.

8. If no dispositive motions are filed, a request for trial shall be filed no later than April 13, 2026 and shall be accompanied by a proposed Order Governing Preparation for Trial (prepared in consultation with opposing counsel), and submitted in the standard format provided by the Court.

9. If necessary, trial shall begin at a time and place ordered by the Court.

_____

Judge

Dated: _____

New York, NY